UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MICHAEL ANTONIO WILLIAMS,

    Plaintiff,

v.                                            CASE NO. 8:25-cv-2613-SDM-NHA

LAKELAND MOTORS, LLC,

    Defendant.
_____/

## ORDER

Alleging violations of the Civil Rights Act, Michael Antonio Williams sues (Doc. 1) Lakeland Motors, LLC. Citing Williams's employment agreement, Lakeland Motors moves (Doc. 7) unopposed to compel arbitration and stay this action. In a thorough and well-reasoned report (Doc. 8), Magistrate Judge Natalie Hirt Adams recommends granting Lakeland Motors' motion to compel arbitration and recommends staying this action pending arbitration.

For the reasons stated in the report, the recommendation (Doc. 8) is **ADOPTED**. The motion (Doc. 7) to compel arbitration is **GRANTED**. This action is **STAYED** pending resolution of the arbitration. No later than seven days after

- 2 -

receipt of the arbitral decision, Lakeland Motors must file a notice announcing the decision. The clerk must **ADMINISTRATIVELY CLOSE** the case.

ORDERED in Tampa, Florida, on November 19, 2025.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE